IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

WASHINGTON COUNTY, VIRGINIA, )
)
    Plaintiff, )
)
v. )
)
MICHAEL B. MUKASEY )
Attorney General of the )
United States of America, ) Civil Action No. 08cv1112
GRACE CHUNG BECKER, )
Acting Assistant Attorney General, )
Civil Rights Division, )
United States Department of Justice, )
)
    Defendants. )
)

## ORDER

Plaintiff has moved, pursuant to 28 U.S.C. § 2284 and 42 U.S.C. § 1973(b), that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act [#2]. According to the motion, Defendants do not oppose the convening of a three-judge court. It appearing that the motion is well taken, it is this 11th day of July, 2008:

**ORDERED** that plaintiff's motion [#2] is **granted**. And it is further

**ORDERED** that the Clerk of this Court shall transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. § 2284(b)(1), so that a three-judge court may be convened.

                                          _____
                                          UNITED STATES DISTRICT JUDGE