# United States Court of Appeals
### For The District of Columbia Circuit

---

No. 428

September Term, 2007

08cv1112

United States Court of Appeals
For the District of Columbia Circuit

FILED JUL 1 5 2008

Washington County, Virginia,

    Plaintiff,

v.

Michael B. Mukasey, et al.

    Defendants.

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

The Honorable Ricardo M. Urbina, Judge, United States District Court for the District of Columbia, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

**ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Janice Rogers Brown, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Ellen S. Huvelle, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Ricardo M. Urbina as members of the court to hear and determine this case. Judge Brown will preside.

*/s/ David B. Sentelle*
David B. Sentelle
Chief Judge

Date: 07-15-2008